**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**WILLIE J. HARRIS**                                                      **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 4:17CV67-MPM-JMV**

**RICHARD PENNINGTON, ET AL.**                                 **DEFENDANTS**

## **JUDGMENT**

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Jane M. Virden on January 10, 2018, and plaintiff Willie J. Harris' objections thereto. Upon consideration of the records and files in this action, including the plaintiff's objections, it is **ORDERED**:

That the plaintiff's objections are **OVERRULED**, and the Report and Recommendation dated January 10, 2018, is **APPROVED AND ADOPTED** as the judgment of the Court;

That defendants Richard Pennington, Everleaner Giles, Pelicia Hall, Darrell Baughn, and Margaret Gibson are **DISMISSED** with prejudice from this action;

That Harris' due process and access to court claims are **DISMISSED**;

That Harris' request to have the defendants fired is **DENIED** as a form of relief; and

That Harris' retaliation claims against Lee Simon and Jacqueline Cannon **PROCEED**.

**THIS** the 23rd day of February, 2018.

                                                                       /s/ Michael P. Mills
                                                                       UNITED STATES DISTRICT JUDGE